# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3547

_____

| | | |
|---|---|---|
| Nicie Dillehay, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Joshua Pinkerton, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: July 28, 2000

Filed: August 1, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Nicie Dillehay appeals the district court's dismissal of Dillehay's complaint. Having reviewed the record and the parties' briefs, we conclude the district court's decision was correct, and we affirm for the reasons stated by the district court  See.8th Cir.R. 47B.  Additionally, we construe Dillehay's amendatory filing in this court as a motion to amend her complaint, and we deny the motion.

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.